AO 442 (Rev. 01/09) Arrest Warrant

9431936

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
REYSHAD SEPTIEN BARCLIFT

Defendant

)
)
)
)
)
)

Case: 1:20-cr-00076
Assigned To : Judge Emmet G. Sullivan
Assign. Date : 3/12/2020
Description: INDICTMENT (B)

U.S. MARSHAL-DC
RECEIVED MAR 13 20 12:45

**FILED**
MAR 2 6 2020
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## ARREST WARRANT

To:   Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   REYSHAD SEPTIEN BARCLIFT
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 922(g)(1) (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year).

Date: 03/12/2020

*Issuing officer's signature*

City and state:   WASHINGTON, D.C.

ROBIN M. MERIWEATHER, Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 03/13/2020, and the person was arrested on *(date)* 03/26/2020
at *(city and state)* Washington DC.

Date: 03/26/2020

*Arresting officer's signature*

Gregory Conner USMS/FBI
*Printed name and title*