UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



**FILED**
JAN - 5 2021
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Cr. No. 20-076 (EGS) |
| ) | |
| REYSHAD BARCLIFT, ) | |
| ) | |
| Defendant.  ) | |

## ORDER

Upon consideration of the Motion for Modification of his Release Condition, it is this 5th day of January 2021, hereby

**ORDERED** that the motion is **GRANTED** and his GPS device shall be removed.

The Honorable Emmet G. Sullivan
U.S. District Court Judge